UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,             )<br>                              )<br>    v.                        )<br> JAVIER VELAZQUEZ HAUNTE      )<br>                              )<br>        Defendant.            )<br>_____) | Case No. 06-mj-0009<br><br>RELEASE ORDER NO. _____<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Javier Velazquez Huante, Case No. 06-mj-0009, Charge possess methamphetamine; possess paraphernalia; 2 counts possess misappropriated property; fail to disp hyperm it from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ☒ Release on Personal Recognizance

    ___ Bail posted in the sum of $_____

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ___ (Other) _____

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Redding, California on May 22, 2007 at 11:20 (a.m.)/p.m.

By _____
United States District Judge or
United States Magistrate

Original - U.S. Marshal