# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SUSANVILLE/REDDING BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | VIOLATION NO. 3:07-cr-0002cmk |
| ) | |
| Plaintiff, ) | ORDER TO APPEAR |
| ) | |
| vs. ) | **FILED** |
| ) | |
| Javier Velazquez-Huante ) | SEP 11 2007 |
| ) | |
| Defendant. ) | CLERK, U.S. DISTRICT COURT |
| ) | EASTERN DISTRICT OF CALIFORNIA |
| | BY _Christy L Pine_ |
| | DEPUTY CLERK |

YOU ARE HEREBY ORDERED to appear before a United States Magistrate Judge in Sacramento, California, at 501 I Street, in the Magistrate Courtroom on 10-17-07, at 2:00 p.m. for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 9-11-07

_Christy L Pine_
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison

cc:  Clerk, U.S. District Cour
     Pat Mikel, U.S. Attorney's Office
     Lupe Hernandez, Federal Public Defender's Office

     Duty Magistrate Clerk